Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Heather J. Zacharia, SBN 280444
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: ron.richman@bullivant.com
susan.olson@bullivant.com
heather.zacharia@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> vs. <br><br> GRADETEK, INC., a California corporation, <br><br> Defendant. | Case No.: 16-cv-06085-KAW <br><br> **REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

1 | Plaintiffs hereby request that this Court dismiss this action, without prejudice, as to defendant Gradetek, Inc. Gradetek, Inc. has not appeared in this matter.

DATED: January 11, 2017

                         BULLIVANT HOUSER BAILEY PC


                         By */s/ Heather J. Zacharia*
                             Heather J. Zacharia

                         Attorneys for Plaintiffs

– 1 –
REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER THEREON

# **ORDER**

Pursuant to plaintiff's request to dismiss this action, without prejudice, as to defendant Gradetek, Inc. and good case appearing:

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, as to defendant Gradetek, Inc.

Dated: January __10__, 2017

By ___Kandis Westmore___
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE

4848-0002-3616.1